COURT OF APPEALS
EIGHTH DISTRICT OF
TEXAS EL PASO, TEXAS



| | | |
|---|---|---|
| RICARDO MARQUEZ, | § | No. 08-22-00177-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th Judicial District Court |
| THE STATE OF TEXAS, | § | Of El Paso County, Texas |
| Appellee. | § | (TC No. 20220D01247) |

# **J U D G M E N T**

The February 29, 2024 judgment of the Court is hereby withdrawn, and the following judgment is issued in its place to correspond with date of issuance of the substituted opinion.

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.